UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

Madeleine Adams

vs.                                           CIVIL NO. 98-1290 (JAF)

Corporate Realty Services Inc., et al

---

### DESCRIPTION OF MOTION

DATE FILED: Dec 24/98   DOCKET: # 16   Title: Mot. to Dismiss 12/6/6

( ) Plffs        (✓) Defts
( ) Government   ( ) Other

### ORDER

Case dismissed as to Colony Plaza Tent Condominium, Villa del Sol Development Corp and Sunset Resorts. Judgment to enter.

9/29/99
DATE

JOSE ANTONIO FUSTE
U.S. DISTRICT JUDGE

(21)