ENTERED ON DOCKET
PURSUANT
TO PRCP RULES 58 & 79a

10/8/99 

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

MADELINE ADAMS

   PLAINTIFF,

VS.

CORPORATE REALTY SERVICES, INC.,
COLONY PLAZA RESORT CONDOMINIUM;
COLONY PLAZA DEVELOPMENT, INC.
VILLAS DEL SOL DEVELOPMENT,
CORP.; HACIENDA CONDOS L.C.;
HERBERT HIRSCH; SUNVEST
COMMUNITIES; SUNVEST RESORTS.

DEFENDANTS.

CIVIL NO. 98-1290 (JAF)

RECEIVED & FILED
99 OCT -8 AM 9:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## JUDGMENT

Pursuant to Court's Order, Docket #21, case is now dismissed as to Colony Plaza Resort Condominium, Villas del Sol Development Corp., and Sunvest Resorts.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of October, 1999.

                **FRANCES RIOS DE MORAN**
                **CLERK OF THE COURT**

BY:_____
    REBECCA AGOSTINI - DEPUTY CLERK