# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ENTERED & FILED
1999 NOV -2 PM 1:20
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR



MADELINE ADAMS

VS.

CORPORATE REALTY SERVICES,
ET AL.

CIVIL NO. 98-1290 (JAF)

---

## DESCRIPTION OF MOTION

| DATE FILED: 10/14/99 | DOCKET #: 23 | TITLE: JOINT MOTION by Madeline Adams, Corporate Realty, Colony Plaza Develop, Hacienda Condos L.C., Herbert Hirsch to Extend discovery until 1/31/00, to Extend until 3/31/00 to file dispositive motion, and to convert PTC into a S/C |
|---|---|---|
| [X] Plaintiff(s) [x] Defendant(s) | | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: Motion granted. PTC reset for 4/18/2000, 4:00 PM

_____
10/29/99
DATE

_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE