# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MADELINE ADAMS

VS.

CIVIL NO. 98-1290 (JAF)

CORPORATE REALTY SERVICES,
ET AL.

## DESCRIPTION OF MOTION

| | |
|---|---|
| DATE FILED: 03/30/00   DOCKET #: 25 | TITLE: URGENT MOTION by Corporate Realty to Extend Time until 5/15/00 for deft and until 6/15/00 for plff. to file dispositive motions. |
| [ ] Plaintiff(s) [x] Defendant(s) | |

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: To be passed upon at the pretrial conference.

___4-12-00___
DATE

___[signature]___
JOSE A. FUSTE
U.S. DISTRICT JUDGE

