# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



MADELINE ADAMS,

    VS.                                    CIVIL NO. __98-1290__ (JAF)

CORPORATE REALTY SERVICES,
INC., ET AL.

## DESCRIPTION OF MOTION

DATE FILED:      DOCKET:      TITLE:

[ ] Plffs.        [ ] Defts.

### O-R-D-E-R

P.T. Conf. held. Plaintiff enters a Voluntary dismissal as to Herbert Hirsch. Partial judgment to enter. Proposed Pretrial order approved. #28, mot. requesting severance and change of venue is denied. #27 is moot.

Trial shall be held Aug. 28, 00 at 9:30 AM

___4-18-00___                                  _____
DATE                                          JOSE A. FUSTE
                                             U.S. DISTRICT JUDGE