ENTERED ON DOCKET PURSUANT
TO PRCP RULES 58 & 79a

4/25/00

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

MADELINE ADAMS             *

    PLAINTIFF,             *

VS.                        *         CIVIL NO. 98-1290 (JAF)

CORPORATE REALTY SERVICES, *
INC., ET. AL.
                                 *

    DEFENDANTS
--------------------------------------------------X

# PARTIAL JUDGMENT

Pursuant to Pretrial Conference held on April 18, 2000, where Plaintiff entered a voluntary dismissal as to Herbert Hirsch, partial Judgment is now entered dismissing the complaint against this defendant.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 24th day of April, 2000.

                                 **FRANCES RIOS DE MORAN**
                                 **CLERK OF THE COURT**

                    BY:_____
                        REBECCA AGOSTINI - DEPUTY CLERK