# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





MADELINE ADAMS

    VS.

CORPORATE REALTY SERVICES,
ET AL.

CIVIL NO. 98-1290 (JAF)

## DESCRIPTION OF MOTION

DATE FILED: 04/18/00   DOCKET #: 30   TITLE: MOTION by Madeline Adams to Amend [29-1] pre-trial order to add two additional exhibits

[x] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *allowed*

_____
DATE: 5/23/00

_____
JOSE A. FUSTE
U.S. DISTRICT JUDGE