# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO





MADELINE ADAMS

    VS.

CORPORATE REALTY SERVICES,
ET AL.

CIVIL NO. **98-1290 (JAF)**

## DESCRIPTION OF MOTION

DATE FILED: 04/28/00   DOCKET #: 34   TITLE: MOTION by Corporate Realty, Colony Plaza Develop, Hacienda Condos L.C. to request order to eliminate the testimony of Mr. William Estrella

[x] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

__ GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

OTHER: *If Mr. Estrella is not made available for a deposition within 10 days, he will not be allowed to testify.*

_____   _____
DATE                       JOSE A. FUSTE
                           U.S. DISTRICT JUDGE


