# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO



MADELINE ADAMS

    VS.                        CIVIL NO. 98-1290 (JAF)

CORPORATE REALTY SERVICES, INC.
ET AL

---

## DESCRIPTION OF MOTION

DATE FILED: 5/12/00  DOCKET: 35   TITLE: MOT. REQ TO CONTINUE
                                         TRIAL SET FOR 8/28/00
[ ] Plffs.   [X] Defts.

---

### O-R-D-E-R

Denied

5/23/00
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE


