# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO




MADELINE ADAMS

    VS.                       CIVIL NO. 98-1290(JAF)

CORPORATE REALTY SERVICES, INC.
ET AL

## DESCRIPTION OF MOTION

| DATE FILED: 5/12/00   DOCKET: 36 | TITLE: MOT. TO AMEND PTO TO ADD SIX ADDITIONAL EXHIBITS AND ONE REBUTTAL WITNESS |
|---|---|
| [ ] Plffs.   [X] Defts. | |

## O-R-D-E-R

noted ✓




DATE



JOSE A. FUSTE
U.S. DISTRICT JUDGE