UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: JULY 27, **2000**

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            **CASE NO. CIVIL 98-1290**

===============================================================

MADELINE ADAMS                               Attorneys:
                                             For Plaintiffs:

           VS
                                             For Defendant:
CORPORATE REALTY SERVICES,
INC.

===============================================================

In view of the fact that this case has been recently transferred to Judge Garcia Gregory the jury trial scheduled for August 28, 2000 by Judge Fuste is hereby vacated and set aside. Instead a status conference will be held on the same day at 10:00 AM. Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY

S/cs to Jury Clerk