UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**            DATE:AUGUST 21, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            **CASE NO.CIVIL 98-1290**

================================================================

MADELINE ADAMS                          Attorneys:
                                        For Plaintiffs:

          VS
                                        For Defendant:
CORPORATE REALTY

================================================================

By Order of the Court the status conference in the above-mentioned case set for Monday, August 28, 2000 is hereby rescheduled **Tuesday, August 29, 2000 at 10:00 AM.**

Parties to be notified.


                                        _____
                                        LILY ALICEA
                                        COURTROOM DEPUTY