UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: AUGUST 29, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**          **CASE NO. CIVIL 98-1290**
                                            **CIVIL 98-1291**

===================================================================

| | |
|---|---|
| MADELINE ADAMS<br>& SUZETTE SALVA<br><br>VS<br><br>CORPORATE REALTY | Attorneys:<br>For Plaintiffs: RICHARD SCHELL<br><br>For Defendant: NELSON ROBLES & JUAN MANUEL RIVERA |

===================================================================

Case called for status conference.  The setting was for Civil 98-1290 of Madeline Adams but there is another case which is Civil 98-1291 of Suzette Salva and both were discussed since they involve the same attorneys and both are before Judge Garcia Gregory.

Case Civil 98-1290 has a motion for summary judgment and in Civil 98-1291 there is a motion to dismiss.

In Civil 98-1290 plaintiff would like to depose Gloria Sanchez Parties will agree as to the date for the taking of the deposition and once the deposition has been taken an informative motion is to be filed informing the Court.

Court takes motions under advisement.

Parties are urged to discuss settlement.

Minutes to be notified to the parties.

                                    _____
                                    LILY ALICEA
                                    COURTROOM DEPUTY