UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    Plaintiff(s)

    v.                    CIVIL NUMBER: 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 05/30/200<br>**Title:** Motion for Leave to File Reply to Motion to Amend PTO, and to Extend Time until 6/5/00 to File Reply<br>**Docket:** 43<br>[ ] Plffs    [x] Defts    [ ] Other | **MOOT.** See Docket 47. |

| MOTION | ORDER |
|---|---|
| **Date:** 05/30/200<br>**Title:** Motion Pursuant to Local Rule 108<br>**Docket:** 45<br>[ ] Plffs    [x] Defts    [ ] Other | **GRANTED.** Defendant Hacienda Condos L.C. shall have until November 13, 2000 to submit certified translations. |

Date: 9/13/00

                        JAY A. GARCIA-GREGORY
                        U.S. District Judge