UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

Plaintiff(s)

v.                                          CIVIL NUMBER: 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 06/02/00<br>**Title:** Defendant's Motion in Relation to Plaintiff's Opposition to Defendant's Motion to Amend Proposed PTO; Motion Requesting Authorization to Withdraw Legal Representation (09/01/00).<br>**Docket:** 47, 59<br>[ ] Plffs   [x] Dfts   [ ] Other | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date:** 06/09/200<br>**Title:** Motion for Extension of Time to File Plaintiff's Opposition to the Defendant's Motion for Summary Judgment<br>**Docket:** 48<br>[x] Plffs   [ ] Dfts   [ ] Other | **MOOT.** |

Date: 9/13/00

*/s/ Jay A. Garcia-Gregory*
JAY A. GARCIA-GREGORY
U.S. District Judge