UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

Plaintiff(s)

v.  CIVIL NUMBER: 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date:** 06/29/200<br>**Title:** Defendants' Motion Requesting Leave to File Reply to Plaintiff's Opposition Pursuant to Local Rule 311.7<br>**Docket:** 52<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date:** 07/10/200<br>**Title:** Motion Pursuant to Local Rule 108.1<br>**Docket:** 54<br>[ ] Plffs   [x] Defts   [ ] Other | **GRANTED.** Defendants shall have until November 13, 2000 to submit certified translations. |

Date: 9/13/00

JAY A. GARCIA-GREGORY
U.S. District Judge