CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

2002 MAR 13 AM 10: 32

RECEIVED AND FILED

MADELINE ADAMS

**Plaintiff(s)**

v.                                                    CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 06/01/00<br>**Title:** Defendant's Motion to File Instanter Motion for Partial Summary Judgment on After Acquired Evidence Defense<br>**Docket:** 46, 51<br><br>[ ] **Plffs**   [x] **Dfts**   [ ] Other | Leave to file is **granted**. Defendant's summary judgment motion based on after-acquired evidence is **denied**. |

Date: March 12, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

