IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    Plaintiff(s)

    v.       CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

    Defendant(s)

---

### ORDER

The Court orders the parties to file a Proposed Pre-Trial Memorandum by May 6, 2002. The Court shall meet the parties for a Pre-Trial and Settlement Conference on May 13, 2002 at 10 a.m. Trial in this matter shall take place on June 17, 2002 at 9:30 a.m.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 12th day of March 2002.

_____
JAY A. GARCIA-GREGORY
United States District Judge