IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    Plaintiff(s)

v.                        CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

    Defendant(s)

---

**ORDER**

The Court hereby refers this case to Judge Robert Ward for mediation, to be scheduled as Judge Ward deems appropriate.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 20th day of March 2002.

JAY A. GARCIA-GREGORY
United States District Judge


