UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    Plaintiff

        V.                CIVIL NO. 98-1290 (JAG/WARD)

CORPORATE REALTY SERVICES,
INC., ET AL

    Defendant

## ORDER

By Order of the Court, a Settlement Conference is hereby set for April 2, at 3:00 p.m. in the above captioned case before Visiting Judge Ward.

IT IS SO ORDERED BY THE COURT.

In San Juan, Puerto Rico, this 22 th day of March, 2002.

                JAY A. GARCIA-GREGORY
                U.S. DISTRICT JUDGE

By: _____
       Brenda González-De la Concha
       Deputy Clerk

Parties of record to be notified.

