IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    **Plaintiffs,**

CIVIL NO. 98-1290(JAG)

v.

CORPORATE REALTY SERVICES,
INC., et al.

    **Defendants**

---

### ORDER

While in the process of reviewing defendants's motion under Fed. R. Civ. P. 59(e) and plaintiff's opposition, the Court noticed a reference in plaintiff's brief to an opposition to defendants's initial motion for partial summary judgment on after-acquired evidence, see Docket No. 74 at 3, and specifically to certain exhibits appended to the opposition. Plaintiff provides no record reference to that opposition brief, and the docket record does not reflect that an opposition was filed. Accordingly, plaintiff is ordered to file a copy of her "Opposition to Motion for Partial Summary Judgment on After Acquired Evidence Defense ..." and all pertinent exhibits (as well as a Rule 311.12 Statement of Contested Material Facts with specific references to the record) by **May 2, 2002**.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29th day of April, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge