UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    Plaintiff(s)

      v.                      CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

    Defendant(s)

---

### ORDER

The Pre-Trial and Settlement Conference is hereby rescheduled for **May 16, 2002 at 5 p.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of May, 2002.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge