UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

**Plaintiff(s)**

v.                                        CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date:** 05/01/02<br>**Title:** Defendants' Motion to Renew their Request for Severance of State Law Claims, etc.<br>**Docket:** 79 | DENIED. See Docket No. 80. |
| [ ] Plffs   [X] Dfts   [ ] Other | |

Date: May 13, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge



