IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    Plaintiff

    v.                      CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., et al.

    Defendants

---

**PRETRIAL AND SETTLEMENT CONFERENCE REPORT**

The Court met with counsel for the parties for a Pre-Trial and Settlement Conference. Attorney Richard Schell represented plaintiff. Attorneys Nelson Robles-Diaz and Roberto-Fernandez-Quiles represented defendants. The Court made several rulings and established various deadlines, as follows:

The Court **ruled** that it will not allow any evidence regarding sex-based discrimination under state or federal law. Plaintiff may, of course, introduce evidence regarding age-based discrimination pursuant to the ADEA.

With respect to the issue of which defendant acted as plaintiff's employer, the Court heard from counsel and **ordered** the parties to submit proposed jury instructions on the issue.

Defendants's counsel moved to amend the Proposed Pre-Trial Report to add witness Angel Arrieta. Plaintiff's counsel had no objection. The Court **allowed** the amendment.

Counsel brought up the issue of Ted Morreau's testimony. The Court gave the parties until **May 28, 2002** to file simultaneous briefs on whether he can be forced to testify at trial.

Regarding witness Gloria Sanchez, the Court **ordered** her

deposition to take place during the week of **May 20, 2002**.

Magistrate-Judge Gustavo Gelpí shall select the jury in this case on **June 10, 2002 at 2 p.m.** The Trial date remains scheduled for **June 17, 2002**.

The Court strongly encouraged the parties to engage in good faith, earnest efforts to settle the case, and, if possible, Case No. 98-1291, which has similar counsel and the same defendants. The Court shall meet with the parties for a Further Settlement Conference on **May 23, 2002 at 3:30 p.m.** All principals shall be available, in person or by telephone, throughout the conference to assist in settlement negotiations.

Lastly, the Court **adopted** the Proposed Amended Pre-Trial Report, as further amended during today's Pre-Trial and Settlement Conference, pursuant to Fed. R. Civ. P. 16(b).

IT IS SO ORDERED.

San Juan, Puerto Rico, this 16th day of May, 2002.

JAY A. GARCIA GREGORY
United States District Judge