IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    **Plaintiff(s)**

    v.                         CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., et al

    **Defendant(s)**

## ORDER

Jury selection in this case before Magistrate-Judge Gustavo A. Gelpí will be rescheduled for **June 13, 2002** at **9:00 a.m.**

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of May 2002.

JAY A. GARCIA-GREGORY
United States District Judge