UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    Plaintiff(s)

    v.       CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/28/02<br>**Title:** Co-Defendants Colony Plaza Development, Inc. & Hacienda Los Condos, L.C.'s Brief in Support of Motion Requesting the Court to Entertain Issue of Law and to Dismiss Claims Against Non-Employers<br>**Docket:** 87<br><br>[ ] Plffs  [X] Dfts  [ ] Other | The evidence proffered by defendants in support of their argument regarding exhaustion of administrative remedies shows that plaintiff brought an administrative claim against defendant Corporate Realty Services, but not against the two other defendants. The Court hereby orders plaintiff to show cause by Friday, June 7, 2002, why it should not dismiss the two defendants from the case for failure to exhaust administrative remedies. |

Date: June 5, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge

J. Toscoso by phone (no answer)

s/cs:to ( 5 )
attys/pts
in ICMS

JUN - 6 2002