IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    **Plaintiff(s)**

    v.                       CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

    **Defendant(s)**

**ORDER**

Defendant's motion in relation to Mr. Theodore Moreau's testimony (Docket No. 88) is **denied**. The record shows that the witness is at a greater distance than 100 miles from the place of trial, as set forth in Fed. R. Civ. P. 32(a)(3)(B). The Court will not require the witness to offer live testimony at trial. Plaintiff may use Moreau's deposition at trial. <u>Daigle</u> v. <u>Maine Medical Ctr., Inc.</u>, 14 F.3d 684, 691-92 (1st Cir. 1994). This order disposes of Docket Nos. 88 and 90.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 5th day of June 2002.

                                         _____
                                         JAY A. GARCIA-GREGORY
                                         United States District Judge