UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    Plaintiff

    v.                           CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., et al.

    Defendants

---

### JUDGMENT

On the basis of the "Joint Stipulation for Dismissal of the Complaint with Prejudice" filed by the parties, the Court enters judgment dismissing this case with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 17th day of June, 2002.

                                            JAY A. GARCIA-GREGORY
                                            U.S. District Judge


