UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MADELINE ADAMS

    Plaintiff(s)

        v.                      CIVIL NO. 98-1290 (JAG)

CORPORATE REALTY SERVICES,
INC., ET AL

    Defendant(s)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 05/24/02<br>**Title:** Plaintiff's Memorandum of Law with Regard to the Admissibility of the Testimony of Mr. Ted Mureau Via Deposition<br>**Docket:** 90<br><br>[X] Plffs   [ ] Dfts   [ ] Other | **MOOT.** The case has been settled. |

Date: June 18, 2002

JAY A. GARCIA-GREGORY
U.S. District Judge